AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **ROBERT WHITTAKER, JR.**
was received by me on *(date)* **5/24/24**.

☒ I personally served the summons on the individual at *(place)*
**28 BURNS ROAD BROOKTONDALE, NY 14817** on *(date)* **5/28/24, 1:45 PM** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
RECIPIENT DESCRIPTION:( white male, gray hair, 61 y.o., 5' 9", 180Lbs., No Military)

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: *May 30, 2024*

*James Inman*
Server's signature

**JAMES INMAN**
Printed name and title

306 Buck Rd., Lansing, N.Y. 14882
Server's address

Additional information regarding attempted service, etc: