LAW OFFICES OF

# WILLIAMSON, CLUNE & STEVENS

JOHN ALDEN STEVENS
JOHN H. HANRAHAN, 3d
ALLAN C. VAN DE MARK

SYED OMAR SHAH

317 NORTH TIOGA STREET
POST OFFICE BOX 126
ITHACA, NEW YORK 14851-0126
TELEPHONE (607) 273-3339

FREDERICK B. BRYANT
(1911-1991)
ROBERT I. WILLIAMSON
(1927-2018)
ROBERT J. CLUNE
(1936-2019)

March 28, 2025

VIA CM/ECF ONLY
Hon. Miroslav Lovric
United State Magistrate Judge
District Court for the Northern District of New York

Re:   *David and Rootwork Herbals, LLC v. Whittaker*
Case No.: 3:24-cv-699 (DNH/ML)

Dear Magistrate Lovric:

    As a status report on the State criminal matter, Mr. Whittaker entered a plea deal on March 27, 2025 with the District Attorney's Office where he plead guilty to criminal contempt. He was sentenced to serve 33 days incarceration consecutively to the ongoing sentence of 364 days for his prior conviction for violating his conditional discharge. His release from Tompkins County Jail is anticipated to be August 12, 2025.

        Very Truly Yours,

        /s/ Syed Omar Shah

        Syed Omar Shah

SOS:jph

cc:
VIA CM/ECF ONLY
Casey Weissman-Vermeulen, Esq.
Conor Kirchner, Esq.