

731 James Street | Suite 200 | Syracuse, NY 13203 | www.cnyfairhousing.org | Phone (315) 471-0420

May 6, 2026

**Via CM/ECF Only**

Hon. Anthony J. Brindisi, U.S. District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

**Re:    David and Rootwork Herbals, LLC v. Whittaker, Case No. 3:24-cv-699 (AJB/ML)**

Dear Judge Brindisi:

Please accept this letter in lieu of a joint status report concerning trial readiness required by the Court's May 4, 2026 Text Order. The parties have reached a settlement agreement in the above action and no longer require a trial to be scheduled.

Attached is a fully executed Stipulation of Dismissal pursuant to FRCP 41(a)(1)(A)(ii). Please advise if the Court requires any additional information from the parties to dismiss the case.

Respectfully,

**s/ Conor Kirchner**
Conor Kirchner, Esq.
CNY Fair Housing, Inc.
731 James Street, Suite 200
Syracuse, New York 13203
Phone: (315) 471-0420
Email: ckirchner@cnyfairhousing.org
*Attorney for Plaintiffs*

Cc: Syed Omar Shaw, Esq.
    *Attorney for Defendant*
    (via CM/ECF only)